UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Patrick A Brenner, | Case No. 26B02721 |
| | Chapter 11 |
| Debtor(s). | Judge Jacqueline P. Cox |

### ORDER SETTING SUBCHAPTER V STATUS CONFERENCE AND DEADLINES FOR FILING OF PLAN, CLAIMS AND ELECTIONS UNDER 11 U.S.C. § 1111(b)

The above-captioned debtor(s) (collectively, the "Debtor") has elected to proceed with this case under subchapter V of chapter 11 of title 11 of the United States Code;

IT IS HEREBY ORDERED:

1. Status Conference. The court will hold the status conference required by 11 U.S.C. § 1188(a) on Tuesday, April 14, 2026 at 1:00 p.m. at the United States Bankruptcy Court, Courtroom 680, 219 S. Dearborn Street, Chicago, IL (the "Status Conference"). Instructions for connecting to the hearing is available at www.zoomgov.com. The Debtor, counsel for the Debtor, and the subchapter V trustee assigned to this case (the "Subchapter V Trustee") must appear at the status conference in person or via Zoom.

2. Subchapter V Trustee Fees. At the Status Conference, the Debtor must demonstrate to the court the manner in which the Debtor will ensure that the Subchapter V Trustee's fees will be paid when allowed. Nothing in this order shall preclude the Subchapter V Trustee from seeking assurances that she will be paid, including by filing a motion for a post-petition retainer or as otherwise may be appropriate. *In re Roe*, Case No. 23-32077-THP11, 2024 WL 206678 at *1–2 (Bankr. D. Or. Jan. 18, 2024) (holding that a subchapter V trustee has the legal authority to request a post-petition retainer for fees and expenses).

3. Section 1188(c) Report. Debtor must file the report required by 11 U.S.C. § 1188(c), and serve that report on the Subchapter V Trustee, the United States Trustee and all creditors and other parties in interest. The Debtor must file proof of service on the docket before the status conference.

4. Deadline to File a Plan. Pursuant to 11 U.S.C. § 1189(b), the Debtor must file a chapter 11 plan on or before May 17, 2026.

5. Deadline to File Claims. Entities other than governmental units must file proofs of claim or interest on or before April 27, 2026.

6. <u>Deadline for 1111(b) Election.</u> Secured creditors wishing to make an election under 11 U.S.C. § 1111(b) must do so no later than 14 days after the debtor files a plan.

7. <u>Monthly Operating Reports.</u> The Debtor must timely file all monthly operating reports that come due in accordance with and as required by Rules 2015(a)(6) and (b) of the Federal Rules of Bankruptcy Procedure and the Chapter 11 Operating Instructions and Reporting Requirements published by the United States Trustee, available at https://www.justice.gov/ust-regions-r11/region-11-chapter-11-0. Failure to file monthly operating reports in a complete and timely fashion may result in the bankruptcy case being dismissed under 11 U.S.C. § 1112(b)(E) or (F).

8. <u>Proof of Insurance.</u> The Debtor must provide the Subchapter V Trustee and the United States Trustee with proof of insurance on all property of the estate in the time and manner set forth by the United States Trustee but no later than the initial debtor interview conducted by the United States Trustee under 11 U.S.C. § 586(a)(7). Failure to provide the Subchapter V Trustee and the United States Trustee with such proof in a complete and timely fashion may result in the bankruptcy case being dismissed under 11 U.S.C. § 1112(b)(H).

9. <u>Service.</u> The clerk of the court is directed to serve directly or through the Bankruptcy Noticing Center a copy of this order on the Debtor, the United States Trustee, all creditors and all other parties in interest and to file a certificate of service as required by Rule 5005-3 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois.

Dated: February 19, 2026    ENTERED: *Jacqueline P. Cox*

Jacqueline P. Cox
Chief Judge, United States Bankruptcy Court