# Notice Recipients

District/Off: 0752−1　　　User: admin　　　Date Created: 2/20/2026
Case: 26−02721　　　Form ID: pdf010　　　Total: 17

**Recipients of Notice of Electronic Filing:**
tr　　Ira Bodenstein　　iratrustee@cozen.com
aty　　David R Herzog　　drh@dherzoglaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Patrick A Brenner　　4631 N Laramie Ave　　Chicago, IL 60630
31883447　　American Express　　Attn: Bankruptcy Dept.　　PO Box 981537　　El Paso, TX 79998
31884413　　American Express National Bank　　c/o Zwicker & Associates, P.C.　　80 Minuteman Road　　P.O. Box 9043　　Andover, MA 01810−1041
31883448　　Ascension St. Alexius Behavioral Center　　Attn: Bankruptcy　　1555 Barrington Rd.　　Hoffman Estates, IL 60169
31883449　　Busey Bank　　Attn: Bankruptcy　　201 W Main St　　Urbana, IL 61801
31883450　　Byline Bank　　Attn: Bankruptcy　　180 N. LaSalle St., #300　　Chicago, IL 60601
31883451　　Harling Inc.　　2600 S 25th Ave., Suite 210　　Broadview, IL 60155
31884523　　Internal Revenue Service　　Mail Stop 5014CHI　　230 S. Dearborn Street, Room 2600　　Chicago, IL 60604
31884522　　Internal Revenue Service　　P.O. Box 7346　　Philadelphia, PA 19101
31883452　　JPMCB Auto　　Attn: Bankruptcy　　P.O. Box 901003　　Fort Worth, TX 76101
31883453　　JPMCB Card　　Attn: Bankruptcy　　P.O. Box 15369　　Wilmington, DE 19850
31883454　　Julia T. Brenner　　4361 N Laramie Ave.　　Chicago, IL 60630
31883455　　Martin J. Wasserman　　Carlson Dash, LLC　　216 S. Jefferson St., Suite 303　　Chicago, IL 60661
31883456　　Midland Credit Management Inc.　　Attn: Bankruptcy Dept.　　305 Camino De La Reina　　San Diego, CA 92108
31883457　　The Huntington National Bank　　Attn: Bankruptcy　　P.O. Box 1558　　Columbus, OH 43216

TOTAL: 15