IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PATRICK A BRENNER, | ) | Case No. 26-02721 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTOR TO MAINTAIN AND USE THEIR EXISTING BANK ACCOUNTS**

PATRICK A BRENNER, as debtor and debtor-in-possession ("Debtor" or "Brenner") in the above-captioned Chapter 11 case, hereby moves the Court for entry of an order pursuant to Sections 105(a) and 345 of title 11 of the United States Code (the "Bankruptcy Code") for entry of an order substantially in the form of the attached Exhibit A authorizing the Debtor to maintain and use his existing bank accounts. In support of this Motion, the Debtor state as follows:

JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

BACKGROUND

2. On February 16, 2026, (the "Petition Date"), the Debtor filed a voluntary petition for relief under of Chapter 11 of the Bankruptcy Code. The Debtor seeks to rearrange his financial affairs as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. As of the Petition Date, the Debtor maintained the following accounts: Huntington Bank Checking Account ending in 6821, and Huntington Bank Savings Account ending in 1613.

4. The Bank Accounts are subject to regular deposits, withdrawals, and related transfers via checks, direct deposits, and electronic fund transfers.

BASIS FOR RELIEF REQUESTED

Continued Use of Existing Bank Accounts and Business Forms

5. The Operating Guidelines and Reporting Requirements promulgated by the Office of the United States Trustee require that a chapter 11 debtor close its prepetition bank accounts and open new accounts and use checks designated as debtors-in-possession checks. This requirement is designed to clearly distinguish between pre and post-petition transactions and to block the inadvertent payment of prepetition claims.

6. Huntington Bank is an authorized depository bank.

7. The Debtor requests that his existing Bank Accounts at Huntington Bank be deemed debtor-in-possession accounts and that their maintenance and continued use, in the same manner and with the same account number, style, and document forms as used prior to the Petition Date, be authorized, subject only to (a) designation of such accounts in the books and records of the Debtor and by the affected financial institution debtor-in-possession accounts, and (b) a prohibition against honoring prepetition checks without specific authorization from the Court.

8. The Debtor additionally requests that he be authorized to continue using his existing checks that do not include a debtor-in-possession designation.

## RESERVATION OF RIGHTS AND EFFICACY OF ORDER

9. Notwithstanding anything to the contrary in this Motion, the Debtor reserves the right to close any of his existing Bank Accounts and/or open new accounts as may be necessary in their judgment and consistent with any requirements that may be imposed by the Court. The Debtor will give notice to the United States Trustee appointed in the case to the closing of the existing Bank Accounts and/or the opening of any new accounts.

10. The Debtor requests that any order granting the relief sought herein be effective immediately and that the stay imposed by Federal Rule of Bankruptcy Procedure 6004(g) be waived.

## REQUEST FOR RELIEF

WHEREFORE, the Debtor respectfully requests that the Court enter an order granting the relief requested herein and granting such additional relief as the Court deems just and proper.

Dated: March 2, 2026

          PATRICK A BRENNER, Debtor and Debtor-in-Possession


          By:  /s/ David R. Herzog
          One of his Attorneys

David R. Herzog
Law Office of David R Herzog, LLC
Attorneys for Debtor
53 W Jackson Blvd., Suite 1442
Chicago, Illinois 60604
(312)977-1600
drh@dherzoglaw.com
ARDC #1203681

EXHIBIT

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PATRICK A BRENNER, | ) | Case No. 26-02721 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

ORDER PURSUANT TO SECTIONS 105(a) OF THE BANKRUPTCY
CODE AUTHORIZING THE DEBTOR TO MAINTAIN AND USE HER
EXISTING BANK ACCOUNTS

WHEREAS Patrick A Brenner, as debtor and debtor-in-possession (the "Debtor") in the above-captioned Chapter 11 case filed their *MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTOR TO MAINTAIN AND USE THEIR EXISTING BANK ACCOUNTS* (the "Motion"); and

WHEREAS due and adequate notice of the Motion was given, and no objections to the Motion have been filed with the Court or received by the Debtor:

IT IS HEREBY ORDERED:

a. The Motion is GRANTED.

b. The Debtor is authorized to (i) designate, maintain, and continue to use her existing pre-petition Bank Accounts at Huntington Bank, account numbers ending in 6821 and 1613, in the name and with account numbers existing immediately prior to the commencement of his Chapter 11 case; provided, however, that the Debtor reserves the right to close their pre-petition Bank Accounts and open a new debtor-in-possession account at the Debtor's discretion, (ii) deposit funds in and withdraw funds from such

Bank Accounts by all usual means, including, without limitation, checks, wire transfers, and other debits, (iii) incur any ordinary course bank fees post-petition in connection with the Bank Account, and (iv) treat the Bank Accounts for all purposes as a debtor-in-possession account.

c.  The Debtor is authorized to close his existing Bank Account and/or open new accounts as may be necessary in its business judgment and consistent with any requirements that may be imposed by the Court. The Debtor will give notice to the United States Trustee and the Chapter 11Trustee appointed in the case to the closing of any existing Bank Account(s) and/or the opening of any new accounts.

d.  The Debtor is authorized to maintain and continue to use any and all checks without reference to its status as debtor-in-possession.

e.  The Debtor shall maintain records in a manner consistent with its pre-petition practices so that post-petition transfers and transactions shall be adequately documented in, and readily ascertainable from, its books and records; and,

f.  This Order shall be immediately effective and enforceable upon its entry.

_____
Bankruptcy Judge


Date:_____