**EXHIBIT A**

# Allstate.

*Tunnell Ins Agcy In*
*728 Wisconsin St*
*Lake Geneva WI 53147-1826*

JULIA T AND PATRICK
BRENNER
4631 N LARAMIE AVE
CHICAGO IL 60630-3605

Information as of March 2, 2026

Policyholder(s)           Page **1** of 2
**Julia T Brenner, Patrick  Brenner**

Policy number
**802 064 834**

Your Allstate agency is
**Tunnell Ins Agcy In**
(262) 248-0861

## We're Confirming Your Policy Change

Thank you for the opportunity to help take care of your insurance needs. We want to let you know that we've made the change(s) you requested to your policy.

Please look over all the information in this mailing. Inside you'll also find a guide to what's in this package and answers to some common questions.

### What has changed?

The enclosed Amended Policy Declarations provides a detailed list of the coverages, coverage limits and coverage costs for your Manufactured Home policy.  It also shows the following changes to your policy:

An Additional Interested Party has been added.

The change took effect on 04/10/2026.

Your premium for the current policy period has not been affected.

### How to contact us

Give your Allstate Agent a call at (262) 248-0861 if you have any questions. It's our job to make sure you're in good hands.

EP113-1



Policy number: **802 064 834**                                                                    Page **2** of 2
Policy effective date:         April 10, 2026

# Your Insurance Coverage Checklist

We're happy to have you as an Allstate customer! This checklist outlines what's in this package and provides answers to some basic questions, as well as any "next steps" you may need to take.

☐ **What's in this package?**
See the guide below for the documents that are included. *Next steps:* review your *Policy Declarations* to confirm you have the coverages, coverage limits, premiums and savings that you requested and expected. Read any *Endorsements* or *Important Notices* to learn about new policy changes, topics of special interest, as well as required communications. Keep all of these documents with your other important insurance papers.

☐ **Am I getting all the discounts I should?**
Confirm with your Allstate Agent that you're benefiting from all the discounts you're eligible to receive.

☐ **What about my bill?**
Unless you've already paid your premium in full, we'll send your bill separately. *Next steps:* please pay the minimum amount by the due date listed on it.

You can also pay your bill online at Allstate.com/support or through the Allstate mobile app. If you're enrolled in the Allstate® Easy Pay Plan, we'll send you a statement detailing your payment withdrawal schedule. Para español, llamar al 1-800-979-4285.

☐ **What if I have questions?**
Visit Allstate.com/support to browse our list of frequently asked questions and find information regarding billing or policy documents. You can also create an online account to access and manage your policies. Para español, llamar al 1-800-979-4285.

# A guide to your amended package

 

**Policy Declarations***
The Policy Declarations lists policy details, such as your property details and coverages.

**Important Notices**
We use these notices to call attention to particularly important coverages, policy changes and discounts.

*\* To make it easier to see where you may have gaps in your protection, we've highlighted any coverages you do not have in the Coverage Detail section in the enclosed Policy Declarations.*

060 032 048 260302S000035 000000802064834260302S000035PRO
PROR02WI2026030223125801A-000130-001-0-00-00

# Amended Manufactured Home Policy Declarations



Your policy effective date is April 10, 2026

Page **1** of 3

## Total Premium for the Premium Period (Your bill will be mailed separately)

| | |
|---|---|
| Premium for property insured | $1,249.00 |
| **Total** | **$1,249.00** |

*Your bill will be mailed separately. Before making a payment, please refer to your latest bill, which includes payment options and installment fee information. If you do not pay in full, you will be charged an installment fee(s).*

## Discounts (included in your total premium)

| | | |
|---|---|---|
| Protective Device | **5.0%** | Secondary Residence credit |

## Surcharge (included in your total premium)

| | |
|---|---|
| Out of Park | **30.0%** |

## Location of property insured

1082 Czech Ln, Friendship, WI 53934-9759

## Insured manufactured home

| Manufacturer | Serial No. | Year |
|---|---|---|
| Liberty | 1802437xu | 2006 |

## Rating Information

The dwelling is tied down.

## Mortgagee / Lienholder

BYLINE BANK ITS SUCCS &/OR ASSIGNS ATIMA
P O Box 3160, Reston, VA 20195-1160
Loan number: 41541

## Additional Interested Party:

Office of the United Trustee
219 S Deerborn Suite 873, Chicago, IL 60604-2027

Information as of March 2, 2026

## Summary

Named Insured(s)
**Julia T Brenner, Patrick  Brenner**

Mailing address
**4631 N Laramie Ave
Chicago IL 60630-3605**

Policy number
**802 064 834**

Your policy provided by
**Allstate Indemnity Company**

Policy period
Begins on **April 10, 2026** at 12:01 A.M. standard time, with no fixed date of expiration

Premium period
Beginning **April 10, 2026** through **April 10, 2027** at 12:01 A.M. standard time

Your policy change is effective **April 10, 2026**

Your Allstate agency is
**Tunnell Ins Agcy In**
728 Wisconsin St
Lake Geneva WI 53147-1826
(262) 248-0861

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

WI032AMD



Amended Manufactured Home Policy Declarations                                            Page **2** of 3
Policy number:            $\boxed{\text{802 064 834}}$
Policy effective date:       April 10, 2026

## Coverage detail for the property insured

| Coverage | Limits of Liability | Applicable Deductible(s) |
|---|---|---|
| Dwelling Protection - Actual Cash Value | $80,000 | • $1,000 All peril |
| Other Structures Protection - Actual cash value | $10,000 | • $1,000 All peril |
| Personal Property Protection - Actual Cash Value | $40,000 | • $1,000 All peril |
| Additional Living Expense | Up to 3 months | |
| Family Liability Protection | $200,000 each occurrence | |
| Guest Medical Protection | $500 each person $25,000 each occurrence | |
| Trip Collision | **Not purchased*** | |
| Fire Department Charges | **Not purchased*** | |
| Business Pursuits | **Not purchased*** | |
| Extended Coverage on Jewelry, Watches and Furs | **Not purchased*** | |
| Vendor's Single Interest | **Not purchased*** | |
| Satellite Dish Antennas | **Not purchased*** | |

*\* This coverage can provide you with valuable protection. To help you stay current
with your insurance needs, contact your agent to discuss available coverage
options and other products and services that can help protect you.*

## Scheduled Personal Property Coverage

*Your policy does not include Scheduled Personal Property Coverage. This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your agent to discuss available coverage options and other products and services that can help protect you.*

## Your policy documents

Your Manufactured Home policy consists of the Policy Declarations and the following documents. Please keep them together.

- Manufactured Home Policy – AS74
- Secondary Residence Endorsement – AU274
- Amendatory Endorsement – AP4813

- Wisconsin Manufactured Home Amendatory Endorsement – AS222
- Manufactured Home Policy Actual Cash Value Loss Settlement Endorsement – AS79
- Depreciation Amendatory Endorsement – AP4970

WI032AMD

060 032 048 2603025000035 0000008020648342603025000035PRO
PROR02WI2026030223125801A-000130-002-0-00-00

Amended Manufactured Home Policy Declarations
Policy number: | 802 064 834 |
Policy effective date: April 10, 2026

Page **3** of 3



# Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ Please note: This is not a request for payment. Any adjustments to your premium will be reflected on your next scheduled bill which will be mailed separately.

In the meantime, if you have any outstanding or unpaid bills, please pay at least the minimum amount due to assure your policy continues in force. If you have any questions, please contact your agent.

**Allstate Indemnity Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

William Hill
President

Christine DeBiase
Secretary

WI032AMD



**Important notices**

Policy number:  | 802 064 834 |
Policy effective date:  April 10, 2026

# Your Property Is Covered On an Actual Cash Value Basis

We'd like to remind you that your policy provides actual cash value coverage.  So if you experience a covered loss, we will pay for a loss to your covered property on an actual cash value basis, meaning there may be a deduction for depreciation.

The estimated actual cash value for your property is the estimated limit assigned to your policy when it was first written, and was based on data that was available to us at the time the estimate was made.  This includes dwelling details such as the interior and exterior of each room, additional structures, heating and cooling, as well as additional options. Keep in mind, however, the actual amount it will cost to repair or replace your property cannot be known until after a covered total loss has occurred.

More information about the characteristics that were used in this estimate is provided in the "Rating Information" section of your Policy Declarations.

If this information requires any change or if you have any questions or concerns about the information contained in this Important Notice, please contact your Allstate representative.

**X67678-1**

060 032 048 2603025000035 000000080206483426030250000 35 000000080206483426030250000035PRO
PROR02WI2026030223125801A-000130-003-0-00-00

**EXHIBIT B**

TOWN OF PRESTON
SUE BOOTH, TREASURER
1063 CZECH LANE
FRIENDSHIP WI 53934

Please inform the treasurer of any address change.

JULIA T BRENNER
PATRICK A BRENNER
4631 N LARAMIE
CHICAGO IL 60630

---

Property Address
1082 CZECH LN

**STATE OF WISCONSIN**
**REAL ESTATE PROPERTY TAX BILL FOR 2020**
TOWN OF PRESTON
ADAMS COUNTY

**BILL NO.  33205**
Correspondence should refer to parcel number
**PARCEL#: 024-01568-0402**

| Assessed Value Land | Ass'd Value Improvements | Total Assessed Value | Ave. Assmt. Ratio | Est. Fair Mkt. Land | Est. Fair Mkt. Improvements | Total Est. Fair Mkt. | |
|---|---|---|---|---|---|---|---|
| 10,500 | 99,900 | 110,400 | 0.8379 | 12,500 | 119,200 | 131,700 | A star in this box means unpaid prior year taxes |

| Taxing Jurisdiction | 2019 Est. State Aids Allocated Tax Dist. | 2020 Est. State Aids Allocated Tax Dist. | 2019 Net Tax | 2020 Net Tax | % Tax Change | | |
|---|---|---|---|---|---|---|---|
| STATE OF WISCONSIN | | | | 0.00 | | **Gross Property Tax** | 2,184.49 |
| ADAMS COUNTY | 95,043 | 97,318 | 864.89 | 872.40 | 0.9% | **First Dollar Credit** | -54.97 |
| TOWN OF PRESTON | 204,888 | 204,887 | 168.50 | 343.42 | | **Lottery Credit** | |
| MID STATE TECHNICAL COL | 173,097 | 167,466 | 117.98 | 124.49 | 5.5% | **Net Property Tax** | 2,129.52 |
| ADAMS-FRIENDSHIP SCHOOL | 926,712 | 862,776 | 764.01 | 844.18 | 10.5% | | |
| **Total** | 1,399,740 | 1,332,447 | 1,915.38 | 2,184.49 | 14.0% | | |

First Dollar Credit — 53.25 / 54.97 — 3.2%
Lottery & Gaming Credit
Net Property Tax — 1,862.13 / 2,129.52 — 14.4%

| School taxes reduced by school levy tax credit | $ 175.84 |
|---|---|

**TOTAL DUE**   FOR FULL PAYMENT
PAY BY  **January 31, 2021**
▶ $  2,129.52

**Warning:** If not paid by due dates, installment option is lost and total tax is delinquent subject to interest and, if applicable, penalty.
**Failure to pay on time. See reverse.**

Installments may be paid as follows:
1064.76 DUE BY 01/31/2021
1064.76 DUE BY 07/31/2021

**IMPORTANT: Be sure this description covers your property. This description is for property tax bill only and may not be a full legal description.**
473484   ACRES: 2.000
SEC 33, T 18 N, R 06 E, SW¼ of SW¼
PLAT: FR172-FRIENDVIEW
BLOCK/CONDO: LOTS 3-4
COMBINED PARCEL

Net Assessed Value Rate
(Does NOT reflect credits)
0.019787029

RETAIN THIS PORTION AS YOUR COPY

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**FOR INFORMATIONAL PURPOSES ONLY**
- Voter Approved Temporary Tax Increases

| Taxing Jurisdiction | Total Additional Taxes | Total Additional Taxes Applied to Property | Year Increase Ends |
|---|---|---|---|
| ADAMS-FRIENDSHIP SCHOOL | 103,524.35 | 81.24 | 2023 |

PA-685/3 (R. 8-15)

---

| PAY 1ST INSTALLMENT OF: | AND PAY 2ND INSTALLMENT OF: | OR PAY FULL AMOUNT OF: |
|---|---|---|
| $1,064.76 | $1,064.76 | $2,129.52 |
| **By January 31, 2021** | **By July 31, 2021** | **By January 31, 2021** |

| Amount Enclosed: $_____ | Amount Enclosed: $_____ | Amount Enclosed: $_____ |
|---|---|---|
| **Make Check Payable and Mail to:** | **Make Check Payable and Mail to:** | **Make Check Payable and Mail to:** |
| TOWN OF PRESTON | ADAMS COUNTY TREASURER | TOWN OF PRESTON |
| SUE BOOTH, TREASURER | JANI ZANDER | SUE BOOTH, TREASURER |
| 1063 CZECH LANE | PO BOX 470 | 1063 CZECH LANE |
| FRIENDSHIP WI 53934 | FRIENDSHIP WI 53934-0470 | FRIENDSHIP WI 53934 |
| 608-339-2481 | 608-339-4202 | 608-339-2481 |
| **2020 Real Estate Property Bill #** | **2020 Real Estate Property Bill #** | **2020 Real Estate Property Bill #** |
| 33205 | 33205 | 33205 |
| **Parcel #** | **Parcel #** | **Parcel #** |
| 024-01568-0402 | 024-01568-0402 | 024-01568-0402 |
| **Alt. Parcel #** | **Alt. Parcel #** | **Alt. Parcel #** |
| BRENNER, JULIA T | BRENNER, JULIA T | BRENNER, JULIA T |
| *Include This Stub With Your Payment* | *Include This Stub With Your Payment* | *Include This Stub With Your Payment* |

TOWN OF PRESTON
SUE BOOTH, TREASURER
1063 CZECH LANE
FRIENDSHIP WI 53934

Please inform the treasurer of any address change.

JULIA T BRENNER
PATRICK A BRENNER
4631 N LARAMIE
CHICAGO IL 60630

Property Address
1082 CZECH LN

**STATE OF WISCONSIN**
**REAL ESTATE PROPERTY TAX BILL FOR 2021**
TOWN OF PRESTON
ADAMS COUNTY

**BILL NO.  39334**
Correspondence should refer to parcel number
**PARCEL#: 024-01568-0402**

| Assessed Value Land | Ass'd Value Improvements | Total Assessed Value | Ave. Assmt. Ratio | Est. Fair Mkt. Land | Est. Fair Mkt. Improvements | Total Est. Fair Mkt. | |
|---|---|---|---|---|---|---|---|
| 14,000 | 99,900 | 113,900 | 1.0327 | 13,600 | 96,700 | 110,300 | A star in this box means unpaid prior year taxes |

| Taxing Jurisdiction | 2020 Est. State Aids Allocated Tax Dist. | 2021 Est. State Aids Allocated Tax Dist. | 2020 Net Tax | 2021 Net Tax | % Tax Change |
|---|---|---|---|---|---|
| ADAMS COUNTY | 97,318 | 90,469 | 872.40 | 718.60 | -17.6% |
| TOWN OF PRESTON | 204,887 | 208,708 | 343.42 | 129.23 | -62.4% |
| MID STATE TECHNICAL COL | 167,466 | 168,702 | 124.49 | 98.61 | -20.8% |
| ADAMS-FRIENDSHIP SCHOOL | 862,776 | 759,271 | 844.18 | 688.20 | -18.5% |
| **Total** | 1,332,447 | 1,227,150 | 2,184.49 | 1,634.64 | -25.2% |

| | |
|---|---|
| Gross Property Tax | 1,634.64 |
| First Dollar Credit | -57.02 |
| Lottery Credit | |
| Net Property Tax | 1,577.62 |

First Dollar Credit        54.97        57.02      3.7%
Lottery & Gaming Credit
Net Property Tax      2,129.52     1,577.62   -25.9%

School taxes reduced by school levy tax credit   $ 150.36

IMPORTANT: Be sure this description covers your property. This description is for property tax bill only and may not be a full legal description.
473484
SEC 33, T 18 N, R 06 E,  SW¼ of SW¼
PLAT: FR172-FRIENDVIEW
BLOCK/CONDO: LOTS 3-4
COMBINED PARCEL
ACRES: 2.000

Net Assessed Value Rate (Does NOT reflect credits)
0.014351514

RETAIN THIS PORTION AS YOUR COPY

**TOTAL DUE   FOR FULL PAYMENT**
PAY BY  **January 31, 2022**
▶ $            1,577.62
**Warning:** If not paid by due dates, installment option is lost and total tax is delinquent subject to interest and, if applicable, penalty.
**Failure to pay on time.  See reverse.**

Installments may be paid as follows:
788.81 DUE BY 01/31/2022
788.81 DUE BY 07/31/2022

**FOR INFORMATIONAL PURPOSES ONLY**
- Voter Approved Temporary Tax Increases

| Taxing Jurisdiction | Total Additional Taxes | Total Additional Taxes Applied to Property | Year Increase Ends |
|---|---|---|---|
| ADAMS-FRIENDSHIP SCHOOL | 97,834.98 | 66.14 | 2021 |

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

PA-685/3 (R. 8-15)

| PAY 1ST INSTALLMENT OF: | AND PAY 2ND INSTALLMENT OF: | OR PAY FULL AMOUNT OF: |
|---|---|---|
| $788.81 | $788.81 | $1,577.62 |
| **By January 31, 2022** | **By July 31, 2022** | **By January 31, 2022** |

| | | |
|---|---|---|
| Amount Enclosed: $_____ | Amount Enclosed: $_____ | Amount Enclosed: $_____ |
| **Make Check Payable and Mail to:** | **Make Check Payable and Mail to:** | **Make Check Payable and Mail to:** |
| TOWN OF PRESTON | ADAMS COUNTY TREASURER | TOWN OF PRESTON |
| SUE BOOTH, TREASURER | JANI ZANDER | SUE BOOTH, TREASURER |
| 1063 CZECH LANE | PO BOX 470 | 1063 CZECH LANE |
| FRIENDSHIP WI 53934 | FRIENDSHIP WI 53934-0470 | FRIENDSHIP WI 53934 |
| 608-339-2481 | 608-339-4202 | 608-339-2481 |
| **2021 Real Estate Property Bill #** | **2021 Real Estate Property Bill #** | **2021 Real Estate Property Bill #** |
| 39334 | 39334 | 39334 |
| **Parcel #** | **Parcel #** | **Parcel #** |
| 024-01568-0402 | 024-01568-0402 | 024-01568-0402 |
| **Alt. Parcel #** | **Alt. Parcel #** | **Alt. Parcel #** |
| BRENNER, JULIA T | BRENNER, JULIA T | BRENNER, JULIA T |
| *Include This Stub With Your Payment* | *Include This Stub With Your Payment* | *Include This Stub With Your Payment* |

TOWN OF PRESTON
SUE BOOTH, TREASURER
1063 CZECH LANE
FRIENDSHIP WI 53934

Please inform the treasurer of any address change.

JULIA T BRENNER
PATRICK A BRENNER
4631 N LARAMIE
CHICAGO IL 60630

Property Address
1082 CZECH LN

**STATE OF WISCONSIN**
**REAL ESTATE PROPERTY TAX BILL FOR 2022**
TOWN OF PRESTON
ADAMS COUNTY

**BILL NO.   29160**
Correspondence should refer to parcel number
**PARCEL#: 024-01568-0402**

| Assessed Value Land | Ass'd Value Improvements | Total Assessed Value | Ave. Assmt. Ratio | Est. Fair Mkt. Land | Est. Fair Mkt. Improvements | Total Est. Fair Mkt. | |
|---|---|---|---|---|---|---|---|
| 14,000 | 99,900 | 113,900 | 0.8442 | 16,600 | 118,300 | 134,900 | A star in this box means unpaid prior year taxes |

| Taxing Jurisdiction | 2021 Est. State Aids Allocated Tax Dist. | 2022 Est. State Aids Allocated Tax Dist. | 2021 Net Tax | 2022 Net Tax | % Tax Change | |
|---|---|---|---|---|---|---|
| ADAMS COUNTY | 90,469 | 95,616 | 718.60 | 762.52 | 6.1% | |
| TOWN OF PRESTON | 208,708 | 212,529 | 129.23 | 129.71 | 0.4% | |
| MID STATE TECHNICAL COL | 168,702 | 197,288 | 98.61 | 105.67 | 7.2% | |
| ADAMS-FRIENDSHIP SCHOOL | 759,271 | 1,022,980 | 688.20 | 567.10 | -17.6% | |

| | Gross Property Tax | 1,565.00 |
|---|---|---|
| | First Dollar Credit | -45.27 |
| | Lottery Credit | |
| | Net Property Tax | 1,519.73 |

| | Total | 1,227,150 | 1,528,413 | 1,634.64 | 1,565.00 | -4.3% |
|---|---|---|---|---|---|---|
| | First Dollar Credit | | | | 57.02 | 45.27 | -20.6% |
| | Lottery & Gaming Credit | | | | | | |
| | Net Property Tax | | | | 1,577.62 | 1,519.73 | -3.7% |

School taxes reduced by school levy tax credit   $ 147.29

**IMPORTANT:** Be sure this description covers your property. This description is for property tax bill only and may not be a full legal description.
473484
SEC 33, T 18 N, R 06 E, SW¼ of SW¼
PLAT: FR172-FRIENDVIEW
BLOCK/CONDO: LOTS 3-4
COMBINED PARCEL
ACRES: 2.000

Net Assessed Value Rate
(Does NOT reflect credits)
0.013740198

RETAIN THIS
PORTION AS
YOUR COPY

**TOTAL DUE**   FOR FULL PAYMENT
PAY BY **January 31, 2023**
▶ **$**   1,519.73
**Warning:** If not paid by due dates, installment option is lost and total tax is delinquent subject to interest and, if applicable, penalty.
**Failure to pay on time. See reverse.**

Installments may be paid as follows:
759.87 DUE BY 01/31/2023
759.86 DUE BY 07/31/2023

PA-685/3 (R. 8-15)

**FOR INFORMATIONAL PURPOSES ONLY**
- Voter Approved Temporary Tax Increases

| Taxing Jurisdiction | Total Additional Taxes | Total Additional Taxes Applied to Property | Year Increase Ends |
|---|---|---|---|
| ADAMS-FRIENDSHIP SCHOOL | 103,847.35 | 69.67 | 2022 |

SEE REVERSE
SIDE FOR
IMPORTANT
INFORMATION

---

| PAY 1ST INSTALLMENT OF: | AND PAY 2ND INSTALLMENT OF: | OR PAY FULL AMOUNT OF: |
|---|---|---|
| $759.87 | $759.86 | $1,519.73 |
| **By January 31, 2023** | **By July 31, 2023** | **By January 31, 2023** |

| **Amount Enclosed: $**_____ | **Amount Enclosed: $**_____ | **Amount Enclosed: $**_____ |
|---|---|---|
| **Make Check Payable and Mail to:** | **Make Check Payable and Mail to:** | **Make Check Payable and Mail to:** |
| TOWN OF PRESTON | ADAMS COUNTY TREASURER | TOWN OF PRESTON |
| SUE BOOTH, TREASURER | JANI ZANDER | SUE BOOTH, TREASURER |
| 1063 CZECH LANE | 401 ADAMS ST, STE 11 | 1063 CZECH LANE |
| FRIENDSHIP WI 53934 | FRIENDSHIP WI 53934 | FRIENDSHIP WI 53934 |
| 608-339-2481 | 608-339-4202 | 608-339-2481 |
| **2022 Real Estate Property Bill #** | **2022 Real Estate Property Bill #** | **2022 Real Estate Property Bill #** |
| 29160 | 29160 | 29160 |
| **Parcel #** | **Parcel #** | **Parcel #** |
| 024-01568-0402 | 024-01568-0402 | 024-01568-0402 |
| **Alt. Parcel #** | **Alt. Parcel #** | **Alt. Parcel #** |
| BRENNER, JULIA T | BRENNER, JULIA T | BRENNER, JULIA T |
| *Include This Stub With Your Payment* | *Include This Stub With Your Payment* | *Include This Stub With Your Payment* |

TOWN OF PRESTON
SUE BOOTH, TREASURER
1063 CZECH LANE
FRIENDSHIP WI 53934

Please inform the treasurer of any address change.

JULIA T BRENNER
PATRICK A BRENNER
4631 N LARAMIE
CHICAGO IL 60630

---

Property Address
1082 CZECH LN

**STATE OF WISCONSIN**
**REAL ESTATE PROPERTY TAX BILL FOR 2023**
TOWN OF PRESTON
ADAMS COUNTY

**BILL NO.  8587**
Correspondence should refer to parcel number
**PARCEL#: 024-01568-0402**

| Assessed Value Land | Ass'd Value Improvements | Total Assessed Value | Ave. Assmt. Ratio | Est. Fair Mkt. Land | Est. Fair Mkt. Improvements | Total Est. Fair Mkt. | |
|---|---|---|---|---|---|---|---|
| 14,000 | 99,900 | 113,900 | 0.6849 | 20,400 | 145,900 | 166,300 | A star in this box means unpaid prior year taxes |

| Taxing Jurisdiction | 2022 Est. State Aids Allocated Tax Dist. | 2023 Est. State Aids Allocated Tax Dist. | 2022 Net Tax | 2023 Net Tax | % Tax Change |
|---|---|---|---|---|---|
| ADAMS COUNTY | 95,616 | 115,633 | 762.52 | 776.41 | 1.8% |
| TOWN OF PRESTON | 212,529 | 265,727 | 129.71 | 213.87 | 64.9% |
| MID STATE TECHNICAL COL | 197,288 | 230,247 | 105.67 | 118.18 | 11.8% |
| ADAMS-FRIENDSHIP SCHOOL | 1,022,980 | 938,194 | 567.10 | 846.34 | 49.2% |
| **Total** | 1,528,413 | 1,549,801 | 1,565.00 | 1,954.80 | 24.9% |

| | | 2022 | 2023 | |
|---|---|---|---|---|
| **First Dollar Credit** | | 45.27 | 55.29 | 22.1% |
| **Lottery & Gaming Credit** | | | | |
| **Net Property Tax** | | 1,519.73 | 1,899.51 | 25.0% |

| Gross Property Tax | 1,954.80 |
|---|---|
| First Dollar Credit | -55.29 |
| Lottery Credit | |
| Net Property Tax | 1,899.51 |

| School taxes reduced by school levy tax credit | $ 175.34 |
|---|---|

IMPORTANT: Be sure this description covers your property. This description is for property tax bill only and may not be a full legal description.
473484
SEC 33, T 18 N, R 06 E, SW¼ of SW¼
PLAT: FR172-FRIENDVIEW
BLOCK/CONDO: LOTS 3-4
COMBINED PARCEL
ACRES: 2.000

Net Assessed Value Rate
(Does NOT reflect credits)
0.017162415

RETAIN THIS PORTION AS YOUR COPY

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**TOTAL DUE** FOR FULL PAYMENT
PAY BY **January 31, 2024**
▶ $ 1,899.51
**Warning:** If not paid by due dates, installment option is lost and total tax is delinquent subject to interest and, if applicable, penalty.
**Failure to pay on time.  See reverse.**

Installments may be paid as follows:
949.76 DUE BY 01/31/2024
949.75 DUE BY 07/31/2024

PA-685/3 (R. 8-15)

**FOR INFORMATIONAL PURPOSES ONLY**
- Voter Approved Temporary Tax Increases

| Taxing Jurisdiction | Total Additional Taxes | Total Additional Taxes Applied to Property | Year Increase Ends |
|---|---|---|---|
| ADAMS-FRIENDSHIP SCHOOL | 336,628.43 | 223.11 | 2027 |

---

| PAY 1ST INSTALLMENT OF: | AND PAY 2ND INSTALLMENT OF: | OR PAY FULL AMOUNT OF: |
|---|---|---|
| $949.76 | $949.75 | $1,899.51 |
| **By January 31, 2024** | **By July 31, 2024** | **By January 31, 2024** |

| Amount Enclosed: $_____ | Amount Enclosed: $_____ | Amount Enclosed: $_____ |
|---|---|---|
| **Make Check Payable and Mail to:** | **Make Check Payable and Mail to:** | **Make Check Payable and Mail to:** |
| TOWN OF PRESTON | ADAMS COUNTY TREASURER | TOWN OF PRESTON |
| SUE BOOTH, TREASURER | JANI ZANDER | SUE BOOTH, TREASURER |
| 1063 CZECH LANE | 401 ADAMS ST, STE 11 | 1063 CZECH LANE |
| FRIENDSHIP WI 53934 | FRIENDSHIP WI 53934 | FRIENDSHIP WI 53934 |
| 608-339-2481 | 608-339-4202 | 608-339-2481 |
| **2023 Real Estate Property Bill #** | **2023 Real Estate Property Bill #** | **2023 Real Estate Property Bill #** |
| 8587 | 8587 | 8587 |
| **Parcel #** | **Parcel #** | **Parcel #** |
| 024-01568-0402 | 024-01568-0402 | 024-01568-0402 |
| **Alt. Parcel #** | **Alt. Parcel #** | **Alt. Parcel #** |
| | | |
| BRENNER, JULIA T | BRENNER, JULIA T | BRENNER, JULIA T |
| *Include This Stub With Your Payment* | *Include This Stub With Your Payment* | *Include This Stub With Your Payment* |

TOWN OF PRESTON
SUE BOOTH, TREASURER
1063 CZECH LANE
FRIENDSHIP WI 53934

Please inform the treasurer of any address change.

JULIA T BRENNER
PATRICK A BRENNER
4631 N LARAMIE
CHICAGO IL 60630

---

| Property Address | STATE OF WISCONSIN | BILL NO.  12064 |
|---|---|---|
| 1082 CZECH LN | REAL ESTATE PROPERTY TAX BILL FOR 2024 | Correspondence should refer to parcel number |
| | TOWN OF PRESTON | PARCEL#: 024-01568-0402 |
| | ADAMS COUNTY | |

| Assessed Value Land | Ass'd Value Improvements | Total Assessed Value | Ave. Assmt. Ratio | Est. Fair Mkt. Land | Est. Fair Mkt. Improvements | Total Est. Fair Mkt. | |
|---|---|---|---|---|---|---|---|
| 14,000 | 99,900 | 113,900 | 0.6606 | 21,200 | 151,200 | 172,400 | ★ A star in this box means unpaid prior year taxes |

| Taxing Jurisdiction | 2023 Est. State Aids Allocated Tax Dist. | 2024 Est. State Aids Allocated Tax Dist. | 2023 Net Tax | 2024 Net Tax | % Tax Change | | |
|---|---|---|---|---|---|---|---|
| | | | | | | **Gross Property Tax** | 2,007.83 |
| ADAMS COUNTY | 115,633 | 108,371 | 776.41 | 772.34 | -0.5% | **First Dollar Credit** | -53.10 |
| TOWN OF PRESTON | 265,727 | 267,305 | 213.87 | 306.20 | 43.2% | **Lottery Credit** | |
| MID STATE TECHNICAL COL | 230,247 | 229,961 | 118.18 | 116.45 | -1.5% | **Net Property Tax** | 1,954.73 |
| ADAMS-FRIENDSHIP SCHOOL | 938,194 | 812,872 | 846.34 | 812.84 | -4.0% | | |
| **Total** | 1,549,801 | 1,418,509 | 1,954.80 | 2,007.83 | 2.7% | | |
| First Dollar Credit | | | 55.29 | 53.10 | -4.0% | | |
| Lottery & Gaming Credit | | | | | | | |
| Net Property Tax | | | 1,899.51 | 1,954.73 | 2.9% | | |

| School taxes reduced by school levy tax credit | $ 193.29 |
|---|---|

**IMPORTANT:** Be sure this description covers your property. This description is for property tax bill only and may not be a full legal description.

473484
SEC 33, T 18 N, R 06 E, SW¼ of SW¼
PLAT: FR172-FRIENDVIEW
BLOCK/CONDO: LOTS 3-4
COMBINED PARCEL

ACRES: 2.000

| Net Assessed Value Rate (Does NOT reflect credits) |
|---|
| 0.017628058 |

RETAIN THIS PORTION AS YOUR COPY

**TOTAL DUE    FOR FULL PAYMENT**
PAY BY  **January 31, 2025**
▶ $              1,954.73

**Warning:**  If not paid by due dates, installment option is lost and total tax is delinquent subject to interest and, if applicable, penalty.
**Failure to pay on time.  See reverse.**

Installments may be paid as follows:
977.37 DUE BY 01/31/2025
977.36 DUE BY 07/31/2025

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

PA-685/3 (R. 8-15)

**FOR INFORMATIONAL PURPOSES ONLY**
- Voter Approved Temporary Tax Increases

| Taxing Jurisdiction | Total Additional Taxes | Total Additional Taxes Applied to Property | Year Increase Ends |
|---|---|---|---|
| ADAMS-FRIENDSHIP SCHOOL | 311,182.14 | 204.54 | 2027 |

---

| PAY 1ST INSTALLMENT OF: | AND PAY 2ND INSTALLMENT OF: | OR PAY FULL AMOUNT OF: |
|---|---|---|
| $977.37 | $977.36 | $1,954.73 |
| **By January 31, 2025** | **By July 31, 2025** | **By January 31, 2025** |

| Amount Enclosed: $_____ | Amount Enclosed: $_____ | Amount Enclosed: $_____ |
|---|---|---|
| **Make Check Payable and Mail to:** | **Make Check Payable and Mail to:** | **Make Check Payable and Mail to:** |
| TOWN OF PRESTON | ADAMS COUNTY TREASURER | TOWN OF PRESTON |
| SUE BOOTH, TREASURER | ADAMS COUNTY TREASURER | SUE BOOTH, TREASURER |
| 1063 CZECH LANE | 401 ADAMS ST, STE 11 | 1063 CZECH LANE |
| FRIENDSHIP WI 53934 | FRIENDSHIP WI 53934 | FRIENDSHIP WI 53934 |
| 608-403-7724 | 608-339-4202 | 608-403-7724 |
| **2024 Real Estate Property Bill #** | **2024 Real Estate Property Bill #** | **2024 Real Estate Property Bill #** |
| 12064 | 12064 | 12064 |
| **Parcel #** | **Parcel #** | **Parcel #** |
| 024-01568-0402 | 024-01568-0402 | 024-01568-0402 |
| **Alt. Parcel #** | **Alt. Parcel #** | **Alt. Parcel #** |
| BRENNER, JULIA T | BRENNER, JULIA T | BRENNER, JULIA T |
| *Include This Stub With Your Payment* | *Include This Stub With Your Payment* | *Include This Stub With Your Payment* |

BRENNER, JULIA T

**STATE OF WISCONSIN**
**REAL ESTATE PROPERTY TAX BILL FOR 2025**
TOWN OF PRESTON
ADAMS COUNTY

**BILL NUMBER:   81955**

IMPORTANT:  · Correspondence should refer to parcel number.
· See reverse side for important information.
· Be sure this description covers your property.  This property tax bill only and may not be a full legal description.

473484                                    ACRES: 2.000
SEC 33, T 18 N, R 06 E, SW¼ of SW¼
PLAT: FR172-FRIENDVIEW
BLOCK/CONDO: LOTS 3-4
COMBINED PARCEL

JULIA T BRENNER
PATRICK A BRENNER
4631 N LARAMIE
CHICAGO IL 60630

**Property Address:**    1082 CZECH LN

**Parcel #:**        024-01568-0402
**Alt. Parcel #:**

| Assessed Value Land 14,000 | Ass'd. Value Improvements 99,900 | Total Assessed Value 113,900 | Ave. Assmt. Ratio 0.5521 | Net Assessed Value Rate (Does NOT reflect credits) | 0.019257942 |
|---|---|---|---|---|---|
| Est. Fair Mkt. Land 25,400 | Est. Fair Mkt. Improvements 180,900 | Total Est. Fair Mkt. 206,300 | ★ A Star in this box means Unpaid Prior Year Taxes | School taxes reduced by school levy tax credit | $ 194.83 |

| Taxing Jurisdiction | 2024 Est. State Aids Allocated Tax Dist. | 2025 Est. State Aids Allocated Tax Dist. | 2024 Net Tax | 2025 Net Tax | % Tax Change |
|---|---|---|---|---|---|
| ADAMS COUNTY | 108,371 | 113,876 | 772.34 | 810.60 | 5.0% |
| TOWN OF PRESTON | 267,305 | 283,822 | 306.20 | 332.61 | 8.6% |
| MID STATE TECHNICAL COL | 229,961 | 245,244 | 116.45 | 127.65 | 9.6% |
| ADAMS-FRIENDSHIP SCHOOL | 812,872 | 825,997 | 812.84 | 922.63 | 13.5% |
| **Total** | 1,418,509 | 1,468,939 | 2,007.83 | 2,193.49 | 9.2% |
| First Dollar Credit | | | 53.10 | 48.76 | -8.2% |
| Lottery & Gaming Credit | | | | | |
| Net Property Tax | | | 1,954.73 | 2,144.73 | 9.7% |

| Make Check Payable to: TOWN OF PRESTON SUE BOOTH, TREASURER 1063 CZECH LANE FRIENDSHIP WI 53934 608-403-7724 | Full Payment Due On or Before January 31, 2026 $2,144.73 | Net Property Tax  2,144.73 |
|---|---|---|
| | Or First Installment Due On or Before January 31, 2026 $1,072.37 | |

**And Second Installment Payment Payable To**
ADAMS COUNTY TREASURER
KARA DOLEZAL
401 ADAMS ST, STE 11
FRIENDSHIP WI 53934

**And Second Installment Due On or Before July 31, 2026**
$1,072.36

**FOR TREASURERS USE ONLY**

PAYMENT _____

BALANCE _____

DATE _____

**TOTAL DUE  FOR FULL PAYMENT**
Pay By January 31, 2026
► $            2,144.73
**Warning:**  If not paid by due dates, installment option is lost and total tax is delinquent subject to interest and, if applicable, penalty.     **Failure to pay on time.  See reverse.**

PA-686/2 (R. 8-15)

**FOR INFORMATIONAL PURPOSES ONLY**
- Voter Approved Temporary Tax Increases

| Taxing Jurisdiction | Total Additional Taxes | Total Additional Taxes Applied to Property | Year Increase Ends |
|---|---|---|---|
| ADAMS-FRIENDSHIP SCHOOL | 330,294.47 | 212.07 | 2027 |

▼  **PLEASE RETURN LOWER**
**PORTION WITH REMITTANCE**  ▼

---

TOWN OF PRESTON
SUE BOOTH, TREASURER
1063 CZECH LANE
FRIENDSHIP WI 53934

**REAL ESTATE PROPERTY TAX BILL FOR 2025**

**Bill #:**        81955
**Parcel #:**    024-01568-0402
**Alt. Parcel #:**

| Total Due For Full Payment Pay to Local Treasurer By Jan 31, 2026 | $2,144.73 |
|---|---|

**OR PAY INSTALLMENTS OF:**

| 1ST INSTALLMENT Pay to Local Treasurer $1,072.37 BY January 31, 2026 | 2ND INSTALLMENT Pay to County Treasurer $1,072.36 BY July 31, 2026 |
|---|---|

☐ Check For Billing Address Change.

JULIA T BRENNER
PATRICK A BRENNER
4631 N LARAMIE
CHICAGO IL 60630

**FOR TREASURERS USE ONLY**

PAYMENT _____

BALANCE _____

DATE _____

Exhibit C

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 11** |
| | ) | |
| **PATRICK A. BRENNER** | ) | **Case No. 26-02721** |
| | ) | |
| Debtor. | ) | **Hon. Jacqueline P. Cox** |

<u>**DECLARATION OF PATRICK A BRENNER**</u>

Patrick A Brenner, states that if he were called as a witness in the above entitled matter, he would testify, under penalty of perjury, from personal knowledge as follows:

1.    My name is Patrick a Brenner and I am the Debtor in this bankruptcy case.

2.    Among my assets is a parcel of real estate located in Wisconsin and commonly known and located at 1082 Czech Lane, Friendship, WI 553934 ('Property"). The Property is currently subject matter of a foreclosure proceeding filed by Byline Bank.

3.    The Property is collateral for an SBA loan ("Loan") to an entity known as Harling, Inc. ("Harling"), which is a company I own and operate. I am a guarantor of the SBA loan and my wife and I  executed a mortgage in favor of the Bank as additional collateral for the loan. Harling is currently a debtor in a Chapter 11 case pending in the Northern District of Illinois and styled as case no. 25-04324.

4.    The Property was originally purchase by my wife and me as a summer home. However, on March 30, 2026 I filed an application with Adam County, Wisconsin for the registration of the Property as an Airbnb. I anticipate that license will be granted in the very near future and that the Property will be registered as an Airbnb. Once registered, I estimates the income from the Property,

as a licensed  Airbnb will generate, on average, around $2,000 per month based upon other homes registered as Airbnbs in the surrounding area.  The income generated by the Property will, in turn, be used, in part, to fund a Plan of Reorganization along with my disposal income.

5.     The Property is currently insured and the Bank is named as a loss payee on the insurance.

6.     I am current with all real estate taxes assessed against the Property.  Moreover, as reflected in the tax bills, the assessed valuation of the Property has either increased or remained the same value over the years and has not diminished in value.

7.     Although the Byline Bank asserts in its Motion that the balance on the Loan as of August 5, 2025, exclusive of legal fees is $758,149.11, the Byline Bank has not provided me with any information as to whether it has received any payments from the SBA which would reduce the principal amount due the Bank on the Loan.

8.     Byline Bank also asserts in its Motion that it believes the value of the Property is $313,000.  Yet, in the past, Byline Bank has informed my wife and me that the Property is worth around $245,000.

9.     I have offered and continue to offer to pay adequate protection payments of $1,000 per month to ensure that the Bank's collateral will be protected from any diminution in value during the pendency of this case.

10.    The Property is necessary for reorganization because as a licensed Airbnb, the Property will generate sufficient rental income together with my disposable earnings income to fund a Plan of Reorganization and pay Byline Bank the full value of its collateral.

-2-

_____
Patrick A Brenner

David R. Herzog
LAW OFFICE OF DAVID R. HERZOG, LLC
Attorneys for the Debtor
53 W. Jackson Blvd., Suite 1442
Chicago, IL 60604
(312) 977-1600
drh@dherzoglaw.com
ARDC No. 01203681

-3-

**EXHIBIT D**

## ADAMS COUNTY APPLICATION FOR TOURIST ROOMING HOUSE LICENSE
## PURSUANT TO MUNICIPAL CODE CHAPTER 335

Please submit application and payment to:
**Adams County Zoning
Suite 4, 401 Adams ST
Friendship WI 53934**
**Due By December 31 of (Odd/Even) Years**

For the period from January 1, 20___ to December 30, 20___
**Payment due with application:**
Original Application Fee:        $ 300.00
Renewal Application Fee:        $ 150.00
Resident Agent Annual Fee:      $ 50.00
Late Fee:                        2 x Fee

Total Fee Due :          $_____

Wisconsin Seller's Permit Number:_____-_____
Municipality Room Tax Permit Number: _____
Wood County Tourist Rooming House ID: _____
Date of Lodging Establishment Inspection:_____
Licensee Name on above Permits:_____
Licensee Mailing Address:_____
City:_____ State:____ Zip:_____
Liability Insurance Company:_____ Expiration Date:_____
Agent/Phone:_____ Policy Number:_____

Name of Property Owner: Patrick & Julia Brenner      Property Owner Telephone No.: (312-907-9640

Address of Property Owner: 4631 N Laramie   City: Chicago   State: IL  Zip: 60630 Email Address: vpmortarman@comcast.net

Lodging Facility Physical Address: 1082 Czech Lane  Friendship WI  53934      Property Zoning:_____

Municipality: ☐ City  ☐ Village  ☒ Town of: Friendship      Parcel ID #: 024 . 01568 . 0402

RESIDENT AGENT (ON-SITE SUPERVISOR OR CONTACT PERSON)
Agent Name: Patrick Brenner      Telephone No.: (____)____-____   Cell Phone No.: (312 907-9640
Address: 4631 N. Laramie Ave  Chgo  IL 60630      Email: vpmortarman @ comcast.net

**Maximum Occupancy Worksheet**
A.   Number of full bathrooms x 8.............................................................................................   | 8 |

B.   Number of "9' x 18' '" parking spaces x 4...............................................................................   | 12 |

C.   Total square footage of Bedrooms & Living Rooms (< 150 = 0, 150 – 249 = 1, Add 1 for every 100 over 250..........   | 7 |

**TOTAL OCCUPANTS ALLOWED (Lowest of A, B, and C)**.................................................................   | 7 |

The undersigned hereby makes application to operate a Tourist Rooming House in Adams County. The undersigned agrees that all such activities shall be done in accordance with all the requirements of the Adams County Code of Ordinances and all applicable laws, codes and regulations of the State of Wisconsin, and states that the above information is true to the best of his or her knowledge. Issuance of this permit is not to be construed as legal responsibility for the operation of a Tourist Rooming House on the part of Adams County or its staff.

Signature: _Patrick Br_____   Print Name: Patrick Brenner _____   Date: 3/30/26

**The following must be attached to each application annually or no license will be issued:**
** License for a tourist rooming house issued under S.S. 254.64 Wis. Stats.
** Complete Lodging Establishment Inspection Report
** Complete Fire Inspection Report (Dated within one year of application date) – If solid fuel fireplace or stove is present.
** Certificate of Insurance from Insurance carries for the License Period
** Floor Plan must include dimensions of all rooms & common areas, laundry facilities, restroom facilities
** Site Plan must include location, number of units, number of people per unit, and parking dimensions.
** Property Management Agreement if not managed by Owner
** Agent Information Form
** Certification from Municipality showing no room tax is due and owing

Adams County Zoning
Suite 4, 401 Adams ST
Friendship WI 53934

## APPLICATION OF RESIDENT AGENT FOR
## TOURIST ROOMING HOUSES
For the period from January 1, 20 26 to December 31, 20 26
PERMIT FEE $50.00

Office: 608-339-4222
www.co.adams.wi.us

NOTICE: APPLICANT SHALL IMMEDIATELY NOTIFY THE ADAMS COUNTY ZONING OFFICE OF ANY
CHANGE IN RESIDENCE OR INFORMATION REGARDING THE RESIDENT AGENT
The Resident Agent is the Contact Person authorized by the Owner of the Rental Property

**An owner that meets the qualifications for a Resident Agent is not required to pay a fee or complete this
application for a Resident Agent license.**

To qualify as a resident agent the person must meet the following requirements:
1.      Be an adult person residing in or within twenty-five (25) miles of the location of the tourist rooming house
or a corporate entity with offices located within twenty-five (25) miles of the tourist rooming house that is the
subject of the application.
2.      Be authorized by the Owner to act as the agent for the Owner for:  (i) the receipt of service of notice of
violation of this Chapter's provisions, (ii) service of process pursuant to this Chapter, and (iii) to allow the County to
enter property permitted under this Chapter for purposes of inspection and enforcement.
3.      The applicant shall provide proof that he or she is insured for general liability for a commercial rental
operation.

Resident Agent Full Name:  Patrick Brenner

Residence Physical Address:

Mailing Address:  4631 N Laramie Ave   City:  Chicago        State: IL    Zip: 60630

Resident Agent's Age:  61    Date of Birth:  01/02/1965   Cell Phone No. ( 312 )907-9640

Telephone No. (____)_____   Email: vpmortarman@comcast.net

Wisconsin Driver License / ID:                    Expiration Date_____

* Please Provide Photo Copy of Driver's License/ID with application

The undersigned property owner making application for a resident agent for a premise, known as
1082 Czech Lane
_____ in the Town of ___Friendship___ , Adams County, Wisconsin
(Physical Property Address of Rooming House)
hereby appoints___Patrick Brenner_____ as resident agent, to act for me with full authority and
control
(Print resident agent's name or Management Company)
of the premise and of all business relative to Tourist Rooming House Rentals.

Property Owners Name:  Patrick Brenner
(Print Property Owner Name)
Signature _____ Date ___03/30/26_____
(Property Owner Signature)

ACCEPTANCE BY RESIDENT AGENT

I,  Patrick Brenner                     , hereby accept this appointment as resident agent for
(Print resident agent's name or Management Company)
the above rental property and assume full responsibility for the operation of said property and will abide by all of
the State of Wisconsin and Adams County rules and regulations.

Signature _____ Date ___03/30/26_____
(Resident Agent Signature)



**FLOOR PLAN**

1). Draw the floor plan of the facility to be used as a Tourist Rooming House in the box.

2). Label and show dimensions of each room.



**PLOT PLAN** (Site as viewed from above)

1). Make a drawing of your project.

2). Show distances from Centerline of Road(s), All Lotlines, and Ordinary High Water Mark if applicable.

3). Show location of the Septic System and well if applicable.

# Certification of Section 4 (D) Compliance Statement

*Initial each line*

- All areas that do comply with the egress requirements for sleeping quarters must be conspicuously identified with a sign stating "This room shall not be used as a sleeping area due to lack of safe egress."
- If the basement does not have at least two (2) methods of egress to the outside, must be conspicuously identified with a sign stating "This basement shall not be used for a sleeping area due to lack of safe egress."
- At least one UL approved carbon monoxide detector must be installed. (If a multiunit building, special rules apply.)
- A UL approved smoke detector must be installed outside each bedroom (or bedroom grouping). See Chapter SPS 362.0907 of the Wisconsin Administrative Code for more details.
- No wood or solid fuel burning stove or fireplace will be used or installed unless a certificate of inspection is provided to the Adams County Zoning Office. See Adams County Code of Ordinance Chapter 335.05 (D) (9) for further details.
- The property shall not have a hibachi, gas-fired grill, charcoal grill, or other similar devices used for cooking, heating, or any other purpose on any balcony, deck or under any overhanging structure or within ten (10) feet of any structure.
- Personal Injury and Property Damage Insurance will be in force at all times this permit is effective.
- A license from the Wood County Health Department has been obtained prior to commencing rental activities.
- A visible and accessible fire extinguisher that has passed a fire inspection dated not more than one (1) year before the date of issuance or renewal by the local fire department or equivalent inspector.
- A resident agent is available at all times while this permit is in effect.
- Neither the applicant nor the property that is the subject of the application has outstanding taxes, fees, penalties or forfeitures owed to the County or room tax due and owing to any local governmental entity.

I, ___Patrick Brenner_____ , hereby acknowledge the above listed items will be
(Print resident agent's name or Management Company)
complied with during the entire time that the Adams County Tourist Rooming House Permit, for which I am applying for, is in effect. I further acknowledge that it is my responsibility to notify the Adams County Zoning Office of any change in status of any condition or terms of said permit as soon as practically possibly.

Signature _____   Date ___03/30/26_____
(Resident Agent Signature)

# Certification of Local Municipality Room Tax Compliance

The Applicant listed below is applying for a Tourist Rooming House Permit as authorized under Adams County Code of Ordinances Chapter 335.

Patrick Brenner

**Property Owner Name**

4631 N Laramie Ave  Chicago  IL  60630

**Property Owner Mailing Address**

1082 Czech Lane  Friendship  WI  53934

**Property Address subject to this permit**

I, _____, being the duly appointed Treasurer for the Town of
_____, hereby attest that to the best of my knowledge, the
above named owner has no outstanding Tourist Room Taxes due to this Town.

_____                              _____
Signature of Local Municipality Treasurer                                              Date

# List of Items to be Submitted with Application

1. All forms in this packet
2. If a fireplace is present on the property:
    i. Certificate from a licensed commercial building inspector, fire inspector, or a verified statement from a reputable stove or fireplace sales/installer entity, dated not more than thirty (30) days prior to submission, certifying that the fireplace and chimney have been inspected and are in compliance with National Fire Prevention Association Fire Code Chapter 211 Standard for Chimneys, Fireplaces, Vents, and Solid Fuel-Burning Appliances
3. Copy of Insurance Declarations Page for the property that is subject to this permit.
4. Copy of current license issued by the Wood County Health Department.
5. Copy of the Wisconsin Department of Revenue Sales Tax Number Form.
6. Property Management Agreement (if Applicable)
7. Appropriate Fee