UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 26-02721 |
| PATRICK A BRENNER, | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER CONVERTING TO CHAPTER 7**

THIS CAUSE coming on to be heard on the debtor's Motion to convert the above-referenced case from a Chapter 11 to one under Chapter 7, pursuant to 11 U.S.C. Section 1112(a), due notice having been given, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

The above-referenced matter is converted from a Chapter 11 proceeding to one under Chapter 7.

Enter: Jacqueline P. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: June 23, 2026

**Prepared by:**

David R. Herzog
LAW OFFICE OF DAVID R. HERZOG, LLC
Attorneys for the Debtor
53 W. Jackson Blvd., Suite 1442
Chicago, IL 60604
(312) 977-1600
drh@dherzoglaw.com